Mark Thomas STOUT *v.* STATE of Arkansas

CR 94-1276                                   887 S.W.2d 309

Supreme Court of Arkansas
Opinion delivered December 5, 1994

*A. Wayne Davis*, for appellant.

No response.

PER CURIAM. Mark Thomas Stout, by his attorney, A. Wayne Davis, has filed a motion for a rule on the clerk. His attorney, A. Wayne Davis, admits by motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam). The motion is, therefore, granted.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.